TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS RIZO,<br><br>      Petitioners,<br><br>    v.<br><br>PAMELA BONDI, et al.,<br><br>      Respondents. | Case No. 2:26-cv-00421-MMD-EJY<br><br>**Order Granting Stipulation Regarding Venue and Briefing Schedule for Amended Petition for Writ of Habeas Corpus** |

The parties have conferred and agree that, in the interest of judicial efficiency, they consent to litigating this matter in the District of Nevada notwithstanding any potential venue objections or related motions that could have been raised based on Petitioner's location at the time the Petition was filed.

Accordingly, the parties respectfully propose the following briefing schedule:

- **March 12, 2026:** Petitioner files his Amended Petition for Writ of Habeas Corpus

- **March 27, 2026:** Federal Respondents file their response to the Amended Petition

The parties submit that this schedule will allow sufficient time for Petitioner to file the Amended Petition and for Federal Respondents to review the amended pleading and prepare an appropriate response.

The parties have conferred and agreed to this proposed schedule and respectfully request that the Court adopt the briefing schedule set forth above.

/ /

Respectfully submitted this 5th day of March 2026.

Rene L. Valladares
Federal Public Defender

/s/ Celeste Bacchi
Celeste Bacchi
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Christian R. Ruiz
CHRISTIAN R. RUIZ
Assistant United States Attorney

**IT IS SO ORDERED:**

**United States District**

**DATED:** March 6 2026

2